IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-591-D

RICHARD T. EDWARDS,                    )
                                       )
                    Plaintiff,         )
                                       )
        v.                             )          **ORDER**
                                       )
BENCHMARK COMMUNITY BANK,              )
                                       )
                    Defendant.         )

For the reasons stated in defendant's memorandum of law in support of its motion to dismiss,

the court GRANTS defendant's motion to dismiss [D.E. 10] and DISMISSES plaintiff's complaint

WITH PREJUDICE.

        SO ORDERED. This 18 day of March 2021.

                                        JAMES C. DEVER III
                                        United States District Judge