UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RICHARD T. EDWARDS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BENCHMARK COMMUNITY BANK, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:20-CV-591-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that, for the reasons stated in defendant's memorandum of law in support of its motion to dismiss, the court GRANTS defendant's motion to dismiss [D.E. 10] and DISMISSES plaintiff's complaint WITH PREJUDICE.

**This Judgment Filed and Entered on March 18, 2021, and Copies To:**

| | |
|---|---|
| Luther Donald Starling, Jr. | (via CM/ECF electronic notification) |
| Mary Woodell Scruggs | (via CM/ECF electronic notification) |
| Camden R. Webb | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

March 18, 2021　　　　　　　　　　　　　　　(By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk